Case 2:24-cv-00098-HSO-BWR   Document 1   Filed 07/03/24   Page 1 of 5

1 OF 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
Jul 03 2024
ARTHUR JOHNSTON, CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
HATTIESBURG, MS CIRCUIT COURT

O'KEEFE R. PRITCHETT      2:24-cv-98-HSO-BWR

V.      USMS# 98572S-10

FORREST COUNTY SHERIFF'S OFFICE/JAIL
CHARLIES SIMS
MAJOR EVAN HENDERSON
J-11 ALLEN CO

## ON GROUNDS OF CIVIL ACTION

NOW COMES O'KEEFE PRITCHETT PETITIONER ON THE 28th DAY OF JUNE, 2024, WHO HAS BEEN INCARCERATED AT FORREST COUNTY SHERIFF'S OFFICE, (AGENCY) SINCE THE 8th DAY OF MARCH, 2024 and COUNTING. FILING A PETITIONER CIVIL ACTION WITHOUT AUTHORY TO GRANT BENEFITS ON AN EQUITABLE BASIS UNDER THE 8th AMENDMENT VIOLATION, DUE TO CRUEL and UNUSUAL PUNISHMENT, U.S. CONST. AMEND. VIII (1791) pain and Suffering.

IN REGARDING MISSISSIPPI, HATTIESBURG and THE AGENCY OF FORREST COUNTY SHERIFF'S OFFICE/JAIL I WAS MASED IN MY WHEELCHAIR AS A DISABLE POIRALYZED PRESON, WHO CAN NOT WALK, APRIL 1st 2024 AROUND OR ABOUT 11:00 AM — 1:00 PM DUE TO ME ASKING A STAFF MEMBER J-11 MR. ALLEN ABOUT MY HEALTH AND MEDICAL CONDITIONS, I HAD BEEN IN PAIN SINCE AROUND OR

ABOUT 2:00 AM ON 3/29/2024 UNTILL I WAS TRANSPORTED AND ADMITTED TO THE HOSPITAL FORREST GENERAL DUE TO THE FACT THAT FORREST COUNTY COULDN'T SUPPLY MY MEDS, WHICH WAS (GABAPENTIN 600 MG) I WAS TOLD THAT I COULDN'T HAVE EM BECAUSE IT'S AGANIST MISSISSIPPI LAW AN IT WASN'T NOTHING THEY COULD DO ABOUT MY CONDITION SO I WAS GETTING A HARD TIME FROM ALL MEDICAL STAFF AND THE MOST DIFFICULTES ABOUT MY HEALTH CONDITIONS WHICH I HAD INFORM BOTH NURSE'S THE FIRST I WAS SENT HERE BY THE US MARSHALL'S ON MARCH 8th 2024, I WAS MASE AFTER I HAD CAME FROM THE HOSPITAL, AN WAS WAITING ON MY MEDS THAT WAS APPROVED BY THEN THE U.S. MARSHALL'S THAT MR. EVAN HENDERSON CALLED THE NURSE WAS STILL TELLIN I STILL CAN NOT HAVE MY MED'S I TOLD HER THAT IT WAS APPROVED I COULD SHE LEFT, SAID SHE WAS GOING TO CHECK, BUT NEVER CAME BACK, WITHOUT ANY UP DATES OR ANYTHING, I WAITED AND WAITED, THEN I SAW J-11 HILEN I WAS IN SO MUCH POIN BEGGING FOR HELP KNOCKING ON THE WINDOW, HE BRUSH ME OFF THEN I HIT THE WINDOW HARD TO GET HIS ATTENTION, HE RUSH OVER I'M THINKING HE COMING TO HELP ME, BUT INSTEAD HE WAS SHAKING HIS MASE ME NOT KNOWING AT THE TIME, HE BUZZ'D THE DOOR OPEN AS I WAS ROLLING BACK IN MY WHEELCHIAR WITH BOTH HANDS NOT CAUSEING A THREATE TO HIM HE MASE ME DEAD RIGHT IN MY EYE'S HE DIDN'T HAVE A BODY CAM ON, BUT WAS WAREING ONE, MASED

ME FOR A GOOD LITTLE WHILE, LEFT ME ON C-POD WITH NO MEDICAL ASSISTANT NOR NO ONE WHO WAS IN HIGHER RANK, NOBODY WAS CONCERNED, NOT EVEN THE NURSE CAME BACK TO ADDRESS THE PROBLEM, WHICH AT THE TIME WAS ON THE MEDICAL STAFF'S BEHALF, THIER FAULT, NOBODY CAMED TO SEE IF I WAS OKAY OR WAS I IN THE WRONG, THE STAFF WHO MASED ME DIDN'T HAVE HIS BODY CAMERA ON NOR STOP TO THINK BEFORE HE REACT OFF OF EMOTIONS TO HELP OR DEFUSE THE SITUTION, THAT'S WHAT THERE SUPPOST TO DO HELP AN INMATE, WITH PROBLEMS, I THOUGHT HE WAS DRINK OR HAD BEEN DRINKING ON THE JOB. NOR DID THE HIGHER RANKING WHOEVER WAS IN CHARGE OVER THE JAIL THE MAJOR COME ASK ME IF I WANTED TO PRESS CHARGES OR WHY WAS I MASE IN MY WHEELCHAIR AT THAT FOR ME TRYINA TO RECIVE MEDICAL ASSISTANT AND HELP IN A VERY SERIOUS STATE OF MOMENT THAT LASTED FOR OVER 24 HOURS, THE MAJOR AND MAJORITY OF THE STAFF MEMBERS ACT LIKE NOTHING HAPPEND WELL THAT WAS TOLD TO MY MOM WHEN THE WHOLE 1st SHIFT RAN DOWN TO C-POD TO WATCH ME BURNING AND SCREAMING FOR EVEN MORE HELP NOTHING EVER HAPPEND TO ANYONE OR THE EMPLOYEE'S THAT WITNESS THE ACT THE NURSE COULD TOLD THEM, BEFORE BUT INSTEAD SHE TOLD THEM AFTER THE FACT, SO THEY JUST LEFT ME IN MY URINE AND DOO-DOO ON ME AND I HAD TO FIGURE IT OUT HOW TO GO BY OF

DOING THE RIGHT THING ABOUT THE WHOLE SITUTION to get resourse from a family friend that's A Lawyer to get it resolved Out of fear I was scare to write A grievance Due to the fact Nothing Heppend or some else happening To me by seeing & being involved of MISUSED and Abused their Power AND value of my LIFE, and Health, Conditions, Concerns, violation of my Human & Jail rights THE NEXT Day On April 2, 2024 J-11 (ALLEN) Came AND Apologized with His Body camera ON To TRy to make me out the Bad Guy, But wasn't Punish for his wrong Doing, While I had to suffer from Pain, Burning for a week none of my clothes or Blankets WAS Change or wash, I was Just left alone with NO Assistent at all Just PTSD that I Have to Deal with HERE Till the US Marshall's arraign a COURT Date, I haven't spoke with a case manger or anything since I been here involving my federal case which IM 2 hours away out my Court Juridiction of Jackson, MS courthouse Not up to date on Anything That concerns on my Behalf My fedearl Inmate # 485-2510, On The grieoucine Paid ward Reply'd I will let The Marshall's know your concerns, Status Resolved But look Over me getting mased, and my medical Concerns. THIS IS NOT RIGHT at all can someone Help Please, and thank you.

I O'Keefe PRITCHETT PRAYS That THIS COURT order The State to provide Me with the Above listed pursuant to Forrest County Jail with a fair and equal protection of liberty.

Application EXECISES
Respectfully submitted
O'Keefe Pritchett